ORIGINAL

**FILED**

11/09/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: PR 21-0003

## IN THE SUPREME COURT OF THE STATE OF MONTANA

### PR 21-0003

---

IN RE PETITION OF KARLA LIZETH MENDEZ
ARELLANO TO SUBMIT LATE APPLICATION     O R D E R
TO TAKE THE BAR EXAM

---

Karla Lizeth Mendez Arellano has filed a petition for leave to submit a late application to take the Montana Bar Examination administered in February 2022 and states she has already submitted the application. Arellanos' petition establishes good cause for the request. Arellano must also comply with all other applicable Rules of Admission, including character and fitness certification, in sufficient time to ultimately be able to sit for the examination February 2022. Therefore,

IT IS HEREBY ORDERED that the petition of Karla Lizeth Mendez Arellano for leave to submit a late application to take the Montana Bar Examination in February 2022 is GRANTED, subject to completion of all exam prerequisites.

The Clerk shall provide copies of this order to the Petitioner and to the Administrator of the Board of Bar Examiners at the State Bar of Montana.

DATED this 9 day of November, 2021.

_____
Chief Justice

_____

_____

_____

**FILED**

NOV 09 2021

Bowen Greenwood
Clerk of Supreme Court
State of Montana

_____

_____

_____
Justices